DAVID A. BOONE - SBN 74165
LEELA V. MENON - SBN 195435
FANNY ZHANG WAN - SBN 277606
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Fax: (408) 291-6000

ATTORNEYS FOR DEBTORS
LUCIO CHAGOLLA &
MARIA D HERNANDEZ MURUETA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| LUCIO CHAGOLLA ) | CASE NO.: 08-57523 SLJ |
| ) | |
| MARIA D HERNANDEZ MURUETA ) | |
| ) | |
| Debtors. ) | |
| ) | Honorable Stephen L. Johnson |

**EX PARTE APPLICATION TO REOPEN CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §350 AND BKRP 5010; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

TO THE HONORABLE STEPHEN L. JOHNSON, U.S. BANKRUPTCY JUDGE, U.S. TRUSTEE, CHAPTER 13 TRUSTEE:

This Application will be based on this application and a declaration on the records file herein.

Applicants hereby request this court for an order reopening the above-referenced Chapter 13 proceeding pursuant to 11 U.S.C. §350 and BKRP 5010.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The application is based upon the following facts and legal authorities:

1   Debtors filed for relief under Chapter 13 of the Bankruptcy Code, initiating the above-entitled case.

1

2. The case was closed and Debtors received a discharge.

3. Debtors are now attempting to have this Chapter 13 case reopened for the purpose of filing a Motion to Void and Strip Lien. This was regrettably not completed prior to the entry of Debtors' discharge.

4. 11 U.S.C. §350(b) provides that a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtors, or for other cause. Federal Rules of Bankruptcy, Rule 5010, provides that, "[a] case may be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code."

WHEREFORE, Debtors respectfully request an order reopening this case for the purpose of filing a Motion to Void and Strip Lien.

DATED: February 12, 2015               LAW OFFICES OF DAVID A. BOONE

By: /s/ Fanny Zhang Wan
FANNY ZHANG WAN
ATTORNEYS FOR DEBTORS