

1  DAVID A. BOONE - SBN 74165
   LEELA V. MENON - SBN 195435
2  FANNY ZHANG WAN - SBN 277606
   LAW OFFICES OF DAVIDA BOONE
3  1611 The Alameda                    **The following constitutes**
   San Jose, California 95126          **the order of the court. Signed April 28, 2015**
4  Telephone (408) 291-6000
   Facsimile (408) 291-6016
5
                                        *Stephen Johnson*
   ATTORNEYS FOR DEBTORS               _____
6  LUCIO CHAGOLLA &                    **Stephen L. Johnson**
   MARIA D HERNANDEZ MURUETA           **U.S. Bankruptcy Judge**
7

8

9

10                    UNITED STATES BANKRUPTCY COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  IN RE:                          )        CHAPTER 13
                                    )
14  LUCIO CHAGOLLA                  )        CASE NO.: 08-57523 SLJ
                                    )
15  MARIA D HERNANDEZ MURUETA       )
                                    )
16                  Debtors.        )
                                    )
17  _____

18      **ORDER GRANTING APPLICATION TO REOPEN CHAPTER 13 CASE**
            **PURSUANT TO 11 U.S.C. §350 AND BKRP 5010**
19
        The Court, having considered the ex parte application and declaration in support
20
    thereof, finding that good cause exists for reopening this Chapter 13 case,
21
        **HEREBY ORDERS** that:
22
        The above-referenced bankruptcy case is re-opened for the purpose of allowing the
23
    debtors to file a Notice of Appeal with respect to the Order Denying Motion to Void and
24
    Strip Lien entered on April 22, 2015. This case will close upon entry of a final order in the
25
    appellate proceedings, with the Court retaining jurisdiction to hear any motions or adversary
26
    proceedings filed in the interim.  No trustee will be appointed.
27
                        **\* \* END OF ORDER \* \***
28

                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COURT SERVICE LIST**

None

Case: 08-57523   Doc# 76   Filed: 04/28/15   Entered: 04/28/15 09:04:55   Page 2 of 2