**Entered on Docket
February 11, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Case: 15-1142, Document: 15, Filed: 02/09/2016, Page 1 of 1

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: LUCIO CHAGOLLA; MARIA D HERNANDEZ MURUETA<br><br>Debtors<br><br>-------------------------------<br><br>LUCIO CHAGOLLA; MARIA D HERNANDEZ MURUETA<br><br>Appellants<br><br>v.<br><br>JP MORGAN CHASE BANK N.A.<br><br>Appellee | BAP No. NC-15-1142-JuKuW<br><br><br>Bankr. No. 08-57523<br>Chapter 13<br><br><br><br>February 9, 2016 |

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - San Jose.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is **REVERSED AND REMANDED**.

### FOR THE PANEL,

Susan M Spraul
Clerk of Court
By: Freddie Brown, Deputy Clerk